## H. Koeningheim v. Randolph & Van Alstine.

### (No. 874, Op. Book No. 2, p. 292.)

Appeal from Webb County.    Opinion by White, P. J.

§ 764. *Assignee of non-negotiable instrument may sue in his own name.* . Our statutes provide that non-negotiable instruments may be assigned, and that the assignee may sue upon them in his own name. [R. S. 266, 267.] Appellant was assignee of the instrument sued upon, and could maintain a suit upon it in his own name. The court erred in sustaining appellee's demurrer to the appellant's petition.